AO 91 (Rev. 5/85) Criminal Complaint KAE approved as to form 11/5/10. Issue No Bail Warrant

SEALED

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

FILED

NOV 05 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ________ DEPUTY CLERK

UNITED STATES OF AMERICA

v.

MANOP SOUKSAVATH,
aka Anh Huy Nuynh

**CRIMINAL COMPLAINT**

CASE NUMBER: 1:10 MJ 00313 DLB

(If search warrant is issued regarding this complaint, indicate above the case number assigned.)

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. Beginning at a time unknown but no later than on or about August 1, 2010, and continuing to on or about November 5, 2010, in Fresno County, in the Eastern District of California, and elsewhere, the defendant(s) did,

Knowingly and intentionally conspire to manufacture, to distribute and to possess with intent to distribute 1000 or more marijuana plants and/or 1,000 kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance,

in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846, with a mandatory minimum penalty of 10 years in prison and a maximum penalty oflife imprisonment and a maximum fine of $4 million.

I further state that I am a(n) Task Force Officer for the Drug Enforcement Administration and that this complaint is based on the following facts: *(Official Title)*

SEE ATTACHED AFFIDAVIT.

Continued on the attached sheet and made a part hereof: X Yes ___ No

________________________
*Signature of Complainant*
Robert Perez, Task Force Officer
Drug Enforcement Administration

Sworn to before me and subscribed in my presence,

11-5-10 at Fresno, California
*(Date)* *(City and State)*

Lawrence J O'Neill US Dist Judge
*(Name & Title of Judicial Officer)*

________________________
*(Signature of Judicial Officer)*

**AFFIDAVIT**

I, Robert Perez, being duly sworn, do hereby declare and state:

1. I am a Deputized Task Force Agent for the Drug Enforcement Administration (DEA), assigned to the High Intensity Drug Trafficking Area group (HIDTA), and have been so assigned since December 2008. I have been employed with the Fresno County Sheriff's Office since March of 2001. Prior to this assignment, I was assigned to the Fresno County Sheriff Narcotics Enforcement Team for nearly two years. My Law enforcement training began in July of 2007 when I attended the Police Academy at the State Center Community College District Regional Training Facility in Fresno California. This course was over 23 weeks long from July 1997 through December 1997 and consisted of basic police and criminal law training. I have received special training in the methods used by drug traffickers to illegally produce and transport methamphetamine and cocaine. I have also received training in the cultivation of marijuana. I am familiar with, and have participated in, all the formal methods of investigations, including but not limited to, electronic surveillance, visual surveillance, general questioning of witnesses, search warrants, confidential informants, and the use of undercover agents. I have participated in investigations involving organizations trafficking in controlled substances. Based on my experience and training I have acquired from drug enforcement schools and from working with other Special Agents and Detectives, I am providing the following facts.

2. This affidavit is made to support a complaint charging Manop SOUKSAVATH, aka Anh Huy Nuynh, and Phousangkhy PHANTHADETH with Conspiracy to Manufacture, to Distribute, and to Possess with Intent to Distribute 1,000 or more marijuana plants and/or 1,000 or more kilograms of marijuana within the Eastern District of California, and elsewhere, in violation of Title 21 United States Code, 841(a)(1), 841(b)(1)(A) and 846.

3. The facts which establish probable cause of the arrest of Manop SOUKSAVATH and Phousangkhy PHANTHADETH are either personally known to me or have been told to me directly by other Federal, State, Local law enforcement officers.

4. Beginning in or about August, 2010, the Fresno County Sheriff's Office ("FSO") and the Fresno Methamphetamine Task Force ("FMTF"), which is the Central Valley High Intensity Drug Trafficking Area (HIDTA) Task Force, have been investigating a Drug Trafficking Organization ("DTO") primarily operating within the county of Fresno. HIDTA is a multi-agency task force consisting of federal, state and local agencies which target major drug traffickers. A multitude of subjects in Fresno County are openly engaged in the cultivation of marijuana at various locations throughout the county. Fresno County Sheriff's Office Detectives traveled to many of the locations, one of which is located on the northwest corner of Central and Valentine Avenues in Fresno County. This is a rural, agricultural area of the

county, where historically various commercial crops are grown. In this particular location, a significant expanse of the tract of land on the immediate northwest corner of the intersection is now occupied by a large-scale outdoor marijuana cultivation operation. The quantity and quality of the plants are striking, with the total amount estimated to number in the thousands and consisting of a range of high-grade marijuana plant strains. This quantity of marijuana plants could ultimately produce thousands of pounds of processed marijuana, valued in excess of several million dollars on the illicit drug market.

2. Based on the observations of Fresno County Sheriff's Detectives Mike Severson and Robin Gross, who is also assigned as a TFA with the FMTF, the specific layout of the marijuana cultivation operation in this location indicates it is an aggregation of adjacent marijuana gardens separated and/or sectioned off by an array of fencing. It appears that each separate plot is posted with a different medicinal marijuana recommendation issued by Dr. Daniel Brubaker, D.O., or Dr. Terrill E. Brown, M.D., to numerous subjects who claimed California residency. In one particular region of this northwest corner, there are about twelve different contiguous marijuana plots and, though divided by fencing, appear to be smaller units composing one larger single unit. Specifically, the plots are adjoining, are surrounded by identical internal fencing, and are

encompassed on the outside perimeter by the same fencing. Each individual section has one person's recommendation posted and is affixed with a lock.

3. Several Fresno County Sheriff's Office Detectives, including Jason Hollins and John Avila, documented the names of the twelve subjects whose recommendations they observed posted. Background checks on those twelve subjects were conducted, which revealed that several had criminal histories for narcotic and/or violent offenses. Some of those subjects included the following:

a. Ong Rikki SONEPHADY ("ONG"), DOB 10-1-1971, has a listed address of 5160 E. Balch Avenue, Fresno, California. A criminal history check of ONG revealed that he was arrested and convicted in 2003 for a violation of California Health and Safety (H&S) Code Section 11358 - cultivation of marijuana. ONG was sentenced to two years in prison. ONG's criminal history also includes a conviction in 1991 for a violation of California Penal Code ("PC") section 220 - assault to commit rape, for which he was sentenced to four years in prison; and a conviction in 2005 for a violation of California PC Section 245(a)(1) - assault with a deadly weapon not a firearm, for which he was sentenced to ninety days in jail and thirty-six months of probation.

b. Khimphet Sonny KEOPHOUNSOUK ("KEOPHOUNSOUK"), DOB 10-2-1970, has a listed address of 4787 E. Lamona Avenue, Fresno, California. KEOPHOUNSOUK was arrested in 2008 for a violation of

California H&S Code Section 11358 - cultivation of marijuana, and in 2009, it appears he was sentenced to a drug diversion program for that offense.

c. Phetsakhone PHANOMSACK ("PHANOMSACK"), DOB 3-3-1969, has a listed address of 639 W. Ashcroft Avenue, Clovis, California. PHANOMSACK's criminal history includes a 1993 arrest for a violation of California H&S Code Section 11351 - possession/purchase for sale a narcotic controlled substance, for which he was subsequently convicted and sentenced to twenty days in jail and thirty-six months of probation. PHANOMSACK also has a prior arrest and conviction in 1991 for a violation of California PC Section 245(a)(1) - assault with a deadly weapon not a firearm, for which he was sentenced to six months in jail and three years of probation.

4. The criminal histories of these subjects, in conjunction with the tremendous volume of marijuana being cultivated and the public hazard created by this situation (specifically, the potential for violence and the threat to the personal safety of innocent citizens and bystanders), prompted the FSO and FMTF to initiate surveillance operations on this group and their marijuana cultivation operation. Several significant activities were observed during the surveillance operations to date, including the following:

a. During the late afternoon and early evening of 9-

27-2010, Detective Severson, who was on surveillance in the area of the Central and Valentine marijuana cultivation operation, saw a gray 2003 Toyota pickup, bearing Tennessee ("TN") license plate 119PDB (R/O Savongsy, Bounepheng, 3904 Veals Rd, Murfreesboro, TN 37127) ("2003 Toyota pickup") leave from the grow site. It was driving in tandem with a gray 2005 Toyota pickup, bearing California license plate 7V41586 (R/O Phaphouampheng, Al, 3405 E. Home Avenue, Fresno, CA 93703). The beds of both pickups were loaded with a multitude of blue-green colored plastic bags, all of which appeared to be filled. Detective Severson and other surveillance units followed the pickups away from the marijuana grow site, as they traversed southward and then eastward through rural Fresno County. TFA Gross, who was assisting with the surveillance operation, assumed a position about fifty yards behind the pickups, as she followed them driving eastward on American Avenue. She detected an overwhelmingly potent and pungent odor, which, based on her training and experience, was consistent with that of marijuana. The odor was inescapable and unyielding, as she followed them to the area of 5215 S. Orange Avenue in Fresno, California, where they turned onto and drove down a driveway toward the house. Only after TFA Gross was no longer following the vehicles did the odor dissipate. TFA Gross subsequently drove by the residence at 5215 S. Orange Avenue several times, and on each occasion she detected the same strong

odor of marijuana (that she had previously smelled while following the pickups) lingering heavily in the air immediately in front of the residence. The surveillance operation was terminated at about 8:00 p.m., after no additional activity was observed.

b. On 10-2-2010, Detective Severson and assisting units were on surveillance in the area of 5215 S. Orange Avenue, Fresno, California, and Central and Valentine Avenues, the location of the marijuana cultivation operation. Throughout the course of the day, Detective Severson observed the gray 2003 Toyota pickup with the Tennessee license plate make three trips to 5215 S. Orange Avenue. This location is a residence located in rural Fresno County and is exceedingly difficult to surreptitiously establish a clear, unobstructed view without being detected. On one of the three trips, Detective Severson was able to observe that nine large bags, all of which appeared to be full, were unloaded from the bed of the 2003 Toyota pickup and taken into the west side of the Orange Avenue residence. Based on all of the observed activities, Detective Severson believes the bags contained marijuana, which had been harvested and transported from the Central and Valentine cultivation operation.

c. On 10-3-2010, Detective Severson and assisting units were on surveillance in the area of 5215 S. Orange Avenue,

Fresno, California. During the course of the surveillance operation, Detective Severson observed the 2003 Toyota pickup with the Tennessee license plate arrive at the Orange Avenue residence and unload eleven large bags, all of which appeared to be full. Detective Severson utilized a spotting scope, through which he observed a green, leafy substance protruding from some of the bags. Based on Detective Severson's training and experience, he believes the substance was marijuana. All of the bags removed from the pickup were taken into the north side of the residence.

d. The foregoing observations, coupled with ongoing surveillance activities, have led investigators to believe that the residence at 5215 S. Orange Avenue is a location where the harvested marijuana is being accumulated, dried, and manicured for distribution.

5. Several other vehicles have been identified during this investigation, one of which is a dark-colored 2007 Nissan Armada, bearing Kansas license plate 984CAW (R/O Anderson, Kendra Sothala and Anderson, Jesse James, 130 S. Augustas, McPherson, Kansas)("2007 Armada"). The observations pursuant to this vehicle include the following:

a. On 10-12-2010, at about 12:45 p.m., during a surveillance operation at 5215 S. Orange Avenue (the house previously identified as a location where the harvested marijuana

from Central and Valentine is being taken and accumulated), FSO Detective Greg Siemens observed approximately four to six boxes, described as 3'x 3' in dimensions, brown cardboard style boxes, loaded into two different SUVs. The manner and ease with which the boxes were handled indicated to Detective Siemens that their contents did not appear to be heavy. One of the SUVs was subsequently followed from the Orange Avenue house to 5871 E. Florence Avenue, Fresno, California, where it arrived at about 1:12 p.m. and parked. Approximately an hour and a half later, at about 2:40 p.m., the 2007 Armada arrived at 5871 E. Florence Avenue. TFA John Wages observed four subjects exit the 2007 Armada, each of them carrying a light-colored object, about 2'x 1.5' in dimensions, and all consistent in appearance to the other. TFA Wages could not discern any other details from his vantage point.

6. A records check of the registered owners of the 2007 Armada, Kendra Sothala Anderson and Jesse James Anderson, revealed that they appeared to be residents of Kansas, with valid Kansas driver's licenses. No current connections to Fresno were located.

7. On 10-14-2010, at about 3:30 a.m., surveillance units conducted a trash run at 5871 E. Florence Avenue. TFA Joe Demelo sifted through the contents of the trash container that had been positioned by the roadway in front of the residence, and he

located a green, leafy substance commingled with other items. Based on his training and experience, TFA Demelo identified the green, leafy substance as being consistent in appearance to marijuana and estimated the volume to be about one to two ounces.

8. The observations of investigators, including the 2007 Armada's frequenting of the residence at 5871 E. Florence Avenue several times, the development of evidence - both physical and visual -that marijuana-related activities are occurring at the residence, and the seemingly transitory nature of the 2007 Armada's presence in Fresno led investigators to request and subsequently receive authorization for the use of a tracking device on the 2007 Armada. On 10-14-2010, FSO Detective Ervin Mathis installed the device on the Armada while it was parked on the public roadway in front of 5871 E. Florence Avenue.

9. During the days and weeks following the installation of the tracking device, FSO and FMTF investigators continued to monitor the movements of the 2007 Armada. Not only was it traveling in and around Fresno, but it was tracked electronically as it traveled to places, such as San Diego, California, and Hollywood, California.

10. Investigators continued to track the movements of the 2007 Armada, then, on 11-4-2010, at about 12:54 a.m., TFA Demelo checked the location of the 2007 Armada and discovered that it was headed eastbound on Highway 58 in California. TFA Demelo

contacted TFA Gross several hours later, at about 6:45 a.m., after having tracked the 2007 Armada in the interim, and advised her that the 2007 Armada was now on Interstate 15 in Nevada, approaching the state of Utah. TFA Gross informed FSO Detective Jake Jensen about the situation and requested he coordinate a vehicle stop of the 2007 Armada with the Utah Highway Patrol ("UHP"). Detective Jensen ultimately spoke with UHP Sergeant Ryan Bauer and provided him with the 2007 Armada's description and license plate number. Sergeant Bauer, who was working uniformed patrol in a marked UHP vehicle, agreed to look for the Armada and said that if he observed probable cause to stop it, he would.

11. While Sergeant Bauer was working the area of northbound Interstate 15 in Utah, near mile marker 51, he saw the 2007 Armada and initiated a vehicle stop after it failed to signal for a lane change. Sergeant Bauer stopped the 2007 Armada at about 9:15 a.m. and contacted its two occupants. The driver, who was wearing military fatigues, identified himself as Anh Huy NUYNH, DOB 9-4-1974, with an address of 745 S. Burgan in Fresno, California, and the passenger identified himself as Phousangkhy PHANTHADETH, DOB 6-4-1973, with an address of 5871 E. Florence Avenue in Fresno, California. Sergeant Bauer noted that both subjects appeared very nervous and had conflicting stories. A K-9 officer assisted Sergeant Bauer, and the K-9 alerted to the

presence of an odor of narcotics both on the exterior, then on the interior of the Armada. A search of the vehicle revealed that the backseat of the Armada had been folded down to accommodate eight (8) large plastic bags that were covered by a green blanket spread out across the top of them. Inside the large plastic bags there were a multitude of vacuum-packed, heat-sealed smaller plastic bags containing a green, leafy substance consistent in appearance to processed marijuana. The total weight of the bags and their contents was about 180 pounds. NUYNH and PHANTHADETH were taken into custody and transported to the UHP substation in Cedar City, Utah.

12. Detective Jensen, Detective Severson, and TFA Gross traveled to Cedar City, Utah, where they interviewed NUYNH (who was subsequently identified as Manop SOUKSAVATH, hereinafter "SOUKSAVATH") and PHANTHADETH. PHANTHADETH, who had been Mirandized earlier by UHP Officer and Iron/Garfield Counties Narcotics Task Force Agent Brian Bairett, had waived his rights and agreed to answer questions from Detective Severson. PHANTHADETH admitted to owning 60 of the 180 pounds of marijuana found in the 2007 Armada. SOUKSAVATH was going to sell it for PHANTHADETH in Boston and give him the money, but PHANTHADETH did not know how much money that would be. SOUKSAVATH indicated that the load was worth $500,000. PHANTHADETH's marijuana had been loaded into the 2007 Armada at his house, 5871 E. Florence Avenue

in Fresno, California. PHANTHADETH grows marijuana in at least two different locations in Fresno, California, under the guise of doing so for medicinal purposes, and then it is sold for profit. PHANTHADETH has been to the marijuana cultivation site at Central and Valentine, where other subjects grow marijuana. PHANTHADETH conceded that he had accompanied SOUKSAVATH to Boston about two weeks ago, at which time they delivered a smaller load of marijuana (he could not specify the quantity). PHANTHADETH denied that he was going to Boston on the current trip. He intended to be dropped off at his nephew's house in Aurora, Colorado, while SOUKSAVATH drove on to Boston, and he would wait to be picked up by SOUKSAVATH on his return trip to Fresno.

Based upon the foregoing, I believe that there is probable cause to believe that Manop SOUKSAVATH, aka Anh Huy Nuynh, and Phousangkhy PHANTHADETH willingly and knowingly conspired to manufacture, to distribute and to possess with intent to distribute marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846.

I, Robert Perez, your affiant, swear that the facts presented to the U.S. District Judge in this Affidavit are true and accurate to the best of my knowledge.

Robert Perez, Task Force Officer
Drug Enforcement Administration

Sworn & Subscribed before me on Nov 5, 2010

U.S. Dist Judge