1  BENJAMIN B. WAGNER
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

FILED
NOV 08 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

6        IN THE UNITED STATES DISTRICT COURT FOR THE

7                  EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,        )   CASE NO.  1:10-MJ-313 DLB
                                    )
10            Plaintiff,             )
                                    )   MOTION TO UNSEAL COMPLAINT;
11       v.                          )   ARREST WARRANT AND APPLICATION
                                    )   [PROPOSED] ORDER
12 MANOP SOUKSAVATH,                 )
    Aka Anh Huy Nuynh                )
13                                   )
                                    )
14            Defendant.             )
   _____   )
15

16      The Complaint in this case, having been sealed by Order of

17 this Court, and it appears that it no longer need remain secret.

18      The United States of America, by and through Benjamin B.

19 Wagner, United States Attorney, and Karen A. Escobar, Assistant

20 United States Attorney, hereby moves that the Complaint, Arrest

21 Warrant, and Application and Order in this case be unsealed and

22 made public record.

23 Dated: November 8, 2010            _____
                                     KAREN A. ESCOBAR
24                                   Assistant U. S. Attorney

25
        IT IS SO ORDERED.
26
                                     _____
27 DATED: November 8, 2010            DENNIS L. BECK
                                     United States Magistrate Judge
28

                                  1