UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## MEMORANDUM AND ORDER

Honorable Lawrence J. O'Neill
United States District Judge
Fresno, California

RE: **MANOP SOUKSAVATH**
Docket Number: 1:10CR00462-003 LJO
<u>ORDER FOR CONTINUANCE OF</u>
<u>JUDGMENT AND SENTENCING</u>

Your Honor:

Per agreement with both counsel, it is respectfully requested that sentencing in the above-referenced case be continued from September 2, 2011 to September 23, 2011 at 10:00 a.m.  (See the attached amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:**  The probation officer is unable to interview the defendant for the presentence investigation report (PSR) in a timely manner as the defendant is currently incarcerated at Lerdo Jail (Kern County) and no appointments are available at the United States Marshal lock-up facility until July 28, 2011.  (The draft PSR is currently scheduled to be distributed to Government and defense counsel on July 29, 2011).  Therefore, the probation officer needs additional time to prepare the report and recommendation.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

Respectfully submitted,

/s/ Robyn A. Marootian
**ROBYN A. MAROOTIAN**
**Senior United States Probation Officer**


**REVIEWED BY:**     /s/ John R. Hatfield
                **JOHN R. HATFIELD**

**RE:     MANOP SOUKSAVATH**
   **Docket Number:   1:10CR00462-003 LJO**
   <u>**ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING**</u>

**Supervising United States Probation Officer**

Dated:     July 18, 2011
           Fresno, California
           RAM

Attachment

cc:   Clerk, United States District Court
      United States Attorney's Office
      United States Marshal's Office
      Federal Defender (If defense counsel is court-appointed)
      Probation Office Calendar clerk


  X    **Approved**

___    **Disapproved**

Rev. 05/2011
CONTINUANCE ~ TO JUDGE (EJG).MRG

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Docket Number:   **1:10CR00462-003 LJO** |
| **Plaintiff,** | SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT |
| vs. | |
| **MANOP SOUKSAVATH** | |
| **Defendant.** / | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | 09/23/2011 |
| Counsel's formal objections to the Presentence Report shall be filed with the Court no later than: | 09/16/2011 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 09/09/2011 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 09/02/2011 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | 08/19/2011 |

IT IS SO ORDERED.

**Dated:   July 20, 2011**          /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE